IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF INDIANA
SOUTH BEND DIVISION

JASON THORNTON,                )
                               )
        Petitioner,             )
                               )    CAUSE NO. 3:16-CV-077
    vs.                        )
                               )
SUPERINTENDENT,                )
                               )
        Respondent.             )

OPINION AND ORDER

This matter is before the Court on the Petition under 28 U.S.C. Paragraph 2254 for Writ of Habeas Corpus filed by Jason Thornton, a pro se prisoner, on February 10, 2016. For the reasons set forth below, the court **DENIES** the petition pursuant to Section 2254 Habeas Corpus Rule 4 and this case is **DISMISSED**.

BACKGROUND

Jason Thornton filed a habeas corpus petition challenging WCC 15-11-0047, a prison disciplinary proceeding held at the Westville Correctional Facility. On November 25, 2015, the Disciplinary Hearing Body (DHB) found him guilty of Inadequate Work/Study Performance in violation of C-371. As a result, he was sanctioned with a written reprimand and removed from his program/assignment. He did not lose any earned credit time as a result of this hearing.

DISCUSSION

A prison disciplinary action can only be challenged in a habeas corpus proceeding where it results in the lengthening of the duration of confinement. *Hadley v. Holmes*, 341 F.3d 661, 664 (7th Cir. 2003). Here, because this disciplinary proceeding did not result in the lengthening of the duration of his confinement, habeas corpus relief is not available. Because there is no relief that he can obtain in this habeas corpus proceeding, the petition will be denied.

CONCLUSION

For the reasons set forth above, the court **DENIES** the petition pursuant to Section 2254 Habeas Corpus Rule 4 and this case is **DISMISSED.**

DATED: February 26, 2016          /s/RUDY LOZANO, Judge
                                  United State District Court